# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Areebel Engineering & Logistics-Farzam | ) ASBCA Nos. 58874, 58882, 58883 |
| Construction Co., JV | ) 58884, 58885, 58886 |
| | ) 58887, 58888, 58889 |
| | ) 58890, 58891, 58892 |
| | ) 58893, 58894, 58895 |
| | ) 59707 |
| Under Contract No. W917PM-09-C-0023 | ) |

APPEARANCES FOR THE APPELLANT:        Herman M. Braude, Esq.
                                      Edward D. Manchester, Esq.
                                        Braude Law Group, P.C.
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Thomas J. Warren, Esq.
                                        Acting Engineer Chief Trial Attorney
                                      Rebecca L. Bockmann, Esq.
                                      Regina L. Schowalter, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Middle East
                                        Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 20 March 2018

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58874, 58882, 58883, 58884, 58885, 58886, 58887, 58888, 58889, 58890, 58891, 58892, 58893, 58894, 58895, 59707, Appeals of Areebel Engineering & Logistics-Farzam Construction Co., JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals